# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) CRIMINAL NO. 19-00074-CG |
| | ) |
| JERRY PAUL SULLIVAN, | ) |
| | ) |
| Defendant. | ) |

## ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge entered on July 1, 2019 (Doc. 28) and without any objection having been filed by the parties, the plea of guilty of the Defendant to Count 1 of the Indictment is now accepted, and the Defendant is **ADJUDGED** guilty of the offense prohibited person in possession of a firearm (felon) in violation of Title 18, U.S.C., §, 922(g)(1). A sentencing hearing has been scheduled for October 2, 2019 at 10:00 a.m., to be held in Courtroom 3B, United States Courthouse, Mobile, Alabama.

The United States Marshal is **ORDERED** to produce Defendant for said hearing.

**DONE and ORDERED** this 16th day of July, 2019.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE